

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HARRIS M. WILLIAMS | DOCKET NO. 06-CV-683; SEC. "P" |
| VERSUS | JUDGE TRIMBLE |
| T. W. THOMPSON, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that petitioner's civil rights complaint (42 U.S.C. §1983) be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 42 U.S.C. §1997e(e) and 28 U.S.C. §1915..

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2nd day of November, 2006.

JAMES TRIMBLE
UNITED STATES DISTRICT JUDGE